**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | | |
|---|---|---|
| **SAMUEL JEDIDIAH BURLESON,** | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | **CASE NO. 6:22-CV-00581-ADA-DNM** |
| | § | |
| **JEFFERY PACE, et al.,** | § | |
| *Defendants.* | § | |

**ORDER ADOPTING MAGISTRATE
<u>JUDGE'S REPORT AND RECOMMENDATION</u>**

Before the Court is the Report and Recommendation of United States Magistrate Judge Dan MacLemore (Dkt. 8). The report finds that Plaintiff Burleson has failed to comply with Rule 4(m), failed to provide good cause for this failure, and that this case be **DISMISSED** without prejudice. Dkt. 8 at 1. The report was filed on February 4, 2026.

A party may file specific, written objections to the proposed findings and recommendations of the magistrate judge within fourteen days after being served with a copy of the report and recommendation, thereby securing *de novo* review by the district court. 28 U.S.C. § 636(b); Fed. R. Civ. P. 72(b). A district court need not consider "[f]rivolous, conclusive, or general objections." *Battle v. U.S. Parole Comm'n*, 834 F.2d 419, 421 (5th Cir. 1987) (quoting *Nettles v. Wainwright*, 677 F.2d 404, 410 n.8 (5th Cir. 1982) (en banc), *overruled on other grounds by Douglass v. United States Auto. Ass'n*, 79 F.3d 1415 (5th Cir. 1996)).

Plaintiff filed objections on February 13, 2026. Dkt. 10. The Court has conducted *de novo* review of the Report and Recommendation (Dkt. 8), Plaintiff's objections (Dkt. 10), and the applicable facts and laws. After that thorough review, the Court is persuaded that the Magistrate Judge's findings and recommendations should be adopted.

.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of United States Magistrate Judge MacLemore (Dkt. 8) is **ADOPTED**.

**IT IS FURTHER ORDERED** that this case is hereby **DISMISSED** without prejudice based on Plaintiff's failure to comply with Rule 4(m).

**SIGNED** this 4th day of March, 2026.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE